IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| YOUSSEF AZZAT AMER, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:21-CV-84 (LAG) |
| SERGEANT DEREK STEPHENS, | : |
| Defendant. | : |

**VERDICT FORM**

We, the Jury, consider the following questions and find as follows:

1. Do you find from a preponderance of the evidence that Defendant Derek Stephens acted with deliberate indifference to a risk of serious harm to Plaintiff Youssef Amer?

    Yes _____   No __✓__

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. Do you find from a preponderance of the evidence that Defendant Derek Stephens' conduct caused Plaintiff Youseff Amer's injuries?

    Yes _____   No _____

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. Do you find that Plaintiff Youssef Amer should be awarded only nominal damages against Defendant Derek Stephens?

    *If your answer is "Yes," then Plaintiff Youssef Amer will be awarded $1.00, and you should go to Question 5. If you answer "No," you should go to Question 4.*

   Yes _____   No _____

4. Do you find that Plaintiff Youssef Amer should be awarded compensatory damages against Derek Stephens?

   Yes _____   No _____

   If your answer is "Yes," in what amount? $ _____

5. Do you find from a preponderance of the evidence that Defendant Derek Stephens acted with malice or reckless indifference to Plaintiff Youssef Amer's federally protected rights and that punitive damages should be assessed against Defendant Derek Stephens?

   Yes _____   No _____

   If your answer is "Yes," in what amount? $ _____

**SO SAY WE ALL**, this _8th_ day of October, 2024.

_____

We concur:

_____

_____